Kent A. Gardiner (pro hac vice)
Kathryn D. Kirmayer (pro hac vice)
Jerome A. Murphy (pro hac vice)
David D. Cross (pro hac vice)
Matthew J. McBurney (pro hac vice)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C.  20004
Telephone:   (202) 624-2500
Facsimile:   (202) 628-5116
E-mail:       kgardiner@crowell.com
                  kkirmayer@crowell.com
                  jmurphy@crowell.com
                  dcross@crowell.com
                  mmcburney@crowell.com

Daniel A. Sasse (CA Bar No. 236234)
Theresa C. Lopez (CA Bar No. 205338)
CROWELL & MORING LLP
3 Park Plaza, 20th Floor
Irvine, California  92614
Telephone:   949-263-8400
Facsimile:   949-263-8414
E-mail:       dsasse@crowell.com
                  tlopez@crowell.com

Counsel for Plaintiffs
Sun Microsystems, Inc., Unisys Corporation,
Jaco Electronics, Inc., Edge Electronics, Inc.,
and All American Semiconductor, Inc.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION**

| | |
|---|---|
| This document pertains to the following:<br><br>*Sun Microsystems, Inc., et al. v. Hynix Semiconductor, Inc., et al.*<br>  (Case No. C06-01665 PJH (Consolidated))<br><br>*Unisys Corporation v. Hynix Semiconductor, Inc., et al.* (Case No. C06-02915 PJH)<br><br>*Jaco Electronics, Inc. v. Hynix Semiconductor, Inc., et al.* (Case No. C06-01212 PJH)<br><br>*Edge Electronics, Inc. v. Hynix Semiconductor, Inc., et al.* (Case No. C06-01207 PJH)<br><br>*All American Semiconductor, Inc. v. Hynix Semiconductor, Inc., et al.*<br>  (Case No. C06-01200 PJH) | Case No. C06-01665 PJH (Consolidated)<br>Case No. C06-02915 PJH<br>Case No. C07-01200 PJH<br>Case No. C07-01207 PJH<br>Case No. C07-01212 PJH<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER RE:  EXPERT DISCOVERY** |

The parties hereby STIPULATE AND AGREE to the following:

1. Within 3 business days of any party serving any expert reports and/or expert declarations in this case pursuant to Fed. R. Civ. P. 26(a)(2)(B), the party or parties proffering the expert witness shall produce all other documents and/or information required by Rule 26(a)(2)(B), namely "the data or other information considered by the witness in forming the [expert's] opinions; any exhibits to be used as a summary of or support for the opinions; the qualifications of the witness, including a list of all publications authored by the witness within the preceding ten years; the compensation to be paid for the study and testimony; and a listing of any other cases in which the witness has testified as an expert at trial or by deposition within the preceding four years." "(D)ata or other information considered" shall include, but is not limited to, raw data, spreadsheets, computerized regression analyses and/or other underlying reports and schedules sufficient to reconstruct the expert's work, calculations, and/or analyses.  Information can be produced electronically (via email or disc) where appropriate.  Where documents have previously been produced as part of the discovery in this case, a list of such documents by Bates number is sufficient.  As to other documents considered by the expert, those documents should be produced except where widely available publicly without undue expense (such as on the internet, or in major university libraries).

2. The following types of information shall not be the subject of discovery: (1) the content of communications among and between: (a) counsel and experts; (b) experts and other experts or consultants; and/or (c) experts and their respective staffs, and (2) notes, drafts, written communications or other types of preliminary work created by, or for, experts.  The foregoing exclusions from discovery will not apply to any communications or documents upon which the experts rely as a basis for their opinions/reports.

3. This stipulation shall be effective only upon agreement by all Defendants and all Plaintiffs in the above captioned actions.

| | | |
|---|---|---|
| 1 | DATED: August 15, 2007 | **CROWELL & MORING LLP** |
| 2 | | By: /s/ David D. Cross |
| 3 | | Jerome A. Murphy |
| | | David D. Cross |
| 4 | | Crowell & Moring LLP |
| | | 1001 Pennsylvania Avenue, N.W. |
| 5 | | Washington, D.C.  20004 |
| | | Telephone:  (202) 624-2578 |
| 6 | | Facsimile:  (202) 628-5116 |
| 7 | | Daniel A. Sasse |
| | | 3 Park Plaza, 20th Floor |
| 8 | | Irvine, CA  92614-8505 |
| | | Telephone:  (949) 263-8400 |
| 9 | | Facsimile:  (949) 263-8414 |
| 10 | | Counsel for Plaintiffs |
| | | Sun Microsystems, Inc., Unisys Corporation, |
| 11 | | Jaco Electronics, Inc., Edge Electronics, Inc., and |
| | | All American Semiconductor, Inc. |
| 13 | Dated:  August 22, 2007 | **O'MELVENY & MYERS, LLP** |
| 15 | | By: /s/ Steven Bergman/s/ |
| 16 | | Kenneth O'Rourke |
| | | Steven Bergman |
| 17 | | O'Melveny & Myers, LLP |
| | | 400 South Hope Street |
| 18 | | Los Angeles, CA  90071 |
| | | Telephone: (213) 430-6000 |
| 19 | | Facsimile:  (213) 430-6407 |
| | | Email:       sbergman@omm.com |
| 20 | | Email:       korourke@omm.com |
| 21 | | Counsel for Defendants |
| | | Hynix Semiconductor, Inc. and |
| 22 | | Hynix Semiconductor America, Inc. |

| | | |
|---|---|---|
| Dated: August 22, 2007 | | **SHEPPARD, MULLIN, RICHTER & HAMPTON LLP** |

By: /s/ Mona Solouki
Gary L. Halling
Mona Solouki
Sheppard, Mullin, Richter & Hampton LLP
4 Embarcadero Center, 17th Floor
San Francisco, CA  94111
Telephone:   (415) 774-3210
Facsimile:    (415) 403-6054
Email:          ghalling@sheppardmullin.com
Email:          msolouki@sheppardmullin.com

Counsel for Defendants
Samsung Electronics Co., Ltd. and
Samsung Semiconductor, Inc.

Dated: August 22, 2007                              **KAYE SCHOLER LLP**

By: /s/ Julian Brew
Julian Brew
Kaye Scholer LLP
1999 Avenue of the Stars, Suite 1700
Los Angeles, CA  90067-6048
Telephone:   (310) 788-1147
Facsimile:    (310) 788-1200
Email:          jbrew@kayescholer.com

Counsel for Defendants
Infineon Technologies AG and
Infineon Technologies North America Corporation

| | | |
|---|---|---|
| 1 | Dated: August 22, 2007 | **HELLER EHRMAN LLP** |

By: David C. Brownstein
Stephen V. Bomse
David C. Brownstein
Renato Mariotti
Heller Ehrman LLP
333 Bush Street
San Francisco, CA  94104-2878
Telephone:  (415) 772-6000
Facsimile:  (415) 772-6268
Email:         steve.bomse@hellerehrman.com
Email:         dbrownstein@hellerehrman.com
Email:         renato.mariotti@hellerehrman.com

Counsel for Defendants
Mosel Vitelic, Inc. and Mosel Vitelic Corporation


Dated:  August 22, 2007                **ORRICK, HERRINGTON & SUTCLIFFE LLP**

By: /s/ Howard Ullman
Robert E. Freitas
Howard Ullman
Orrick, Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, CA  94025
Telephone:  (650) 614-7400
Facsimile:  (650) 614-7401
Email:         hullman@orrick.com
Email:         rfreitas@orrick.com

Counsel for Defendants
Nanya Technology Corporation and
Nanya Technology Corporation USA

| | | |
|---|---|---|
| 1 | Dated: August 22, 2007 | **FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER LLP** |

By: /s/ Steven H. Morrissett
Steven H. Morrissett
Finnegan, Henderson, Farabow, Garrett &
Dunner LLP
3300 Hillview Avenue
Palo Alto, CA  94304
Telephone:  (650) 849-6624
Facsimile:   (650) 849-6666
Email:         morrissett@finnegan.com

Counsel for Defendants
Winbond Electronics Corporation and
Winbond Electronics Corporation America

Dated:  August 22, 2007            **SIMPSON THACHER & BARTLETT LLP**

By: /s/ Harrison J. Frahn, IV
Harrison J. Frahn, IV
Simpson Thacher & Bartlett LLP
2550 Hanover Street
Palo Alto, CA  94304
Telephone:  (650) 251-5000
Facsimile:   (650) 251-5002
Email:         hfrahn@stblaw.com

Counsel for Defendants
Elpida Memory, Inc. and
Elpida Memory (USA) Inc.

| | | |
|---|---|---|
| 1 | Dated:  August 22, 2007 | **THELEN REID BROWN RAYSMAN & STEINER LLP** |

By:  /s/ Jonathan E. Swartz
Robert B. Pringle
Paul R. Griffin
Jonathan E. Swartz
Thelen Reid Brown Raysman & Steiner LLP
101 Second Street, Suite 1800
San Francisco, CA  94105
Telephone:  (415) 369-8708
Facsimile:   (415) 371-1211
Email:       rbpringle@thelen.com
Email:       pgriffin@thelen.com
Email:       jswartz@thelen.com

Counsel for Defendant
NEC Electronics America, Inc.

Dated:  August 22, 2007            **GIBSON, DUNN & CRUTCHER LLP**

By:  /s/ Joel S. Sanders
Joel S. Sanders, Esq.
Gibson, Dunn & Crutcher LLP
One Montgomery Street, Suite 3100
San Francisco, CA  94104
Telephone:  (415) 393-8200
Facsimile:   (415) 986-5309

Counsel for Defendants
Micron Technology, Inc. and
Micron Semiconductor Products, Inc.

1                                                         [~~PROPOSED~~] ORDER

2         Based upon the stipulation of the parties, and for good cause shown, the foregoing

3 Stipulation and Order is hereby SO ORDERED:

4

Dated: __September 4__, 2007



Hon. Phyllis J. Hamilton

7

STIPULATION AND [PROPOSED] ORDER RE: EXPERT DISCOVERY