ROBERT E. FREITAS (STATE BAR NO. 80948) rfreitas@orrick.com
CYNTHIA ZUNIGA (STATE BAR NO. 209320) czuniga@orrick.com
NA'IL BENJAMIN (STATE BAR NO. 240354) nbenjamin@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025
Telephone:     (650) 614-7400
Facsimile:      (650) 614-7401

HOWARD M. ULLMAN (STATE BAR NO. 206760) hullman@orrick.com
ERIC HAIRSTON (STATE BAR NO. 229892) ehairston@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:     (415) 773-5700
Facsimile:      (415) 773-5759

Attorneys for Defendants Nanya Technology Corporation
and Nanya Technology Corporation USA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| This document pertains to the following cases: | Case No.  C 06-01665-PJH (Consolidated) |
|---|---|

This document pertains to the following cases:

SUN MICROSYSTEMS, INC., *et al.* v.
HYNIX SEMICONDUCTOR, INC., *et al.*,

UNISYS CORP. v. HYNIX
SEMICONDUCTOR, INC., *et al.*,

ALL AMERICAN SEMICONDUCTOR,
INC. v. HYNIX SEMICONDUCTOR, INC.,
*et al.*,

EDGE ELECTRONICS, INC. v. HYNIX
SEMICONDUCTOR, INC., *et al.*,

JACO ELECTRONICS, INC. v. HYNIX
SEMICONDUCTOR, INC., *et al.*,

DRAM CLAIMS LIQUIDATION TRUST,
by its Trustee Wells Fargo Bank, N.A. v.
HYNIX SEMICONDUCTOR, *et al.*

Case No.  C 06-01665-PJH (Consolidated)
            C 06-01200-PJH
            C 06-01207-PJH
            C 06-01212-PJH
            C 06-01381-PJH

[~~PROPOSED~~] ORDER RE
ATTENDANCE AT DEPOSITIONS
OF MIZUKI YOSHINO AND
TOSHIAKI HAGIWARA

1    TO ANY CONSUL OR VICE CONSUL OF THE UNITED STATES

2    UNITED STATES CONSULATE, OSAKA, JAPAN

3

4    THIS COURT HAS BY PRIOR ORDER AUTHORIZED YOU TO CONDUCT THE

5    DEPOSITIONS OF WITNESSES MIZUKI YOSHINO AND TOSHIAKI HAGIWARA ON OR

6    ABOUT OCTOBER 22, 2007 AND OCTOBER 23, 2007.

7

8    UPON THE APPLICATION OF DEFENDANTS NANYA TECHNOLOGY CORPORATION

9    AND NANYA TECHNOLOGY CORPORATION USA AND PURSUANT TO ARTICLE 17

10   OF THE UNITED STATES – JAPAN CONSULAR CONVENTION, COUNSEL FOR

11   DEFENDANTS NANYA TECHNOLOGY CORPORATION AND NANYA TECHNOLOGY

12   CORPORATION USA WHO WILL PARTICIPATE IN SAID DEPOSITIONS IS HOWARD

13   MARK ULLMAN.

14

15
       10/12/07
16   *DATE*

17

18   *U.S.*

19

20   *SE*                 Judge Joseph C. Spero

21

22

23

24

25

26

27

28

[PROPOSED] ORDER
C 06-01665-PJH (CONSOLIDATED), C 06-01200-PJH,
C 06-01207-PJH, C 06-01212-PJH, C 06-01381-PJH