JAMES G. KREISSMAN (Bar No. 206740)
jkreissman@stblaw.com
HARRISON J. FRAHN IV (Bar No. 206822)
hfrahn@stblaw.com
JASON M. BUSSEY (Bar No. 227185)
jbussey@stblaw.com
SIMPSON THACHER & BARTLETT LLP
2550 Hanover Street
Palo Alto, California  94304
Telephone:  (650) 251-5000
Facsimile:  (650) 251-5002

*Counsel for Defendants*
ELPIDA MEMORY, INC. and
ELPIDA MEMORY (USA) INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| *Sun Microsystems, Inc., et al. v. Hynix Semiconductor, Inc., et al.* (Case No. C06-01665 PJH (Consolidated)) | Case No. C06-01665 PJH (Consolidated) Case No. C06-02915 PJH Case No. C07-01200 PJH Case No. C07-01207 PJH Case No. C07-01212 PJH Case No. C07-01381 PJH |
| *Unisys Corporation v. Hynix Semiconductor, Inc., et al.* (Case No. C06-02915 PJH) | |
| *Jaco Electronics, Inc. v. Hynix Semiconductor, Inc., et al.* (Case No. C06-01212 PJH) | **[PROPOSED] ORDER RE: ATTENDANCE AT DEPOSITIONS OF MIZUKI YOSHINO AND TOSHIAKI HAGIWARA** |
| *Edge Electronics, Inc. v. Hynix Semiconductor, Inc., et al.* (Case No. C06-01207 PJH) | |
| *All American Semiconductor, Inc. v. Hynix Semiconductor, Inc., et al.* (Case No. C06-01200 PJH) | |
| *DRAM Claims Liquidation Trust, by its Trustee Wells Fargo Bank, NA v. Hynix Semiconductor Inc., et al.* (Case No. C07-01381 PJH) | |

[PROPOSED] ORDER
CASE NOS. C06-01665 PJH (CONSOLIDATED), C06-02915 PJH, C07-01200 PJH, C07-01207 PJH, C07-01212 PJH and C07-01381 PJH

*TO ANY CONSUL OR VICE CONSUL OF THE UNITED STATES*

*UNITED STATES CONSULATE, OSAKA, JAPAN*

*THIS COURT HAS BY PRIOR ORDER AUTHORIZED YOU TO CONDUCT THE DEPOSITIONS OF WITNESSES MIZUKI YOSHINO AND TOSHIAKI HAGIWARA ON OR ABOUT OCTOBER 22, 2007 AND OCTOBER 23, 2007.*

*UPON APPLICATION BY DEFENDANTS ELPIDA MEMORY, INC. AND ELPIDA MEMORY (USA) INC. AND PURSUANT TO ARTICLE 17 OF THE UNITED STATES – JAPAN CONSULAR CONVENTION, COUNSEL FOR DEFENDANTS ELPIDA MEMORY INC. AND ELPIDA MEMORY (USA) INC. WHO WILL PARTICIPATE IN SAID DEPOSITIONS INCLUDE HARRISON J. FRAHN IV.*

10/15/07
_____
*DATE*

_____
*JOSEPH C. SPERO*
*U.S. MAGISTRATE JUDGE*

*SEAL*



1
[PROPOSED] ORDER
CASE NOS. C06-01665 PJH (CONSOLIDATED), C06-02915 PJH, C07-01200 PJH, C07-01207 PJH ,C07-01212 PJH and C07-01381 PJH