Donald R. Harris (admitted *pro hac vice*) dharris@jenner.com
Terrence J. Truax (admitted *pro hac vice*) ttruax@jenner.com
Norman M. Hirsch (admitted *pro hac vice*) nhirsch@jenner.com
Gabriel A. Fuentes (admitted *pro hac vice*) gfuentes@jenner.com
Margaret J. Simpson (admitted *pro hac vice*) msimpson@jenner.com
JENNER & BLOCK LLP
330 North Wabash Avenue
Chicago, IL 60611
Telephone: (312) 222-9350
Facsimile: (312) 527-0484

Kenneth E. Keller kkeller@kksrr.com
Michael D. Lisi mlisi@kksrr.com
KREIG, KELLER, SLOAN, REILLEY & ROMAN LLP
114 Sansome Street, 4th Floor
San Francisco, CA 94104
Telephone: (415) 249-8330
Facsimile: (415) 249-8333

Attorneys for Defendants
Mitsubishi Electric Corporation and
Mitsubishi Electric & Electronics USA, Inc.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| EDGE ELECTRONICS, INC., <br><br> Plaintiff, <br><br> v. <br><br> HYNIX SEMICONDUCTOR, INC. ET AL., <br><br> Defendants. | CASE NO. C 07-01207 PJH <br><br> **STIPULATION OF DISMISSAL [AND ORDER] AS TO MITSUBISHI DEFENDANTS PURSUANT TO RULE 41(a)(2)** |

The Parties hereto hereby stipulate to a dismissal of this action, subject to approval by the Court, as to defendants Mitsubishi Electric Corporation and Mitsubishi Electric & Electronics USA, Inc., with prejudice, pursuant to Rule 41(a)(2), Fed. R. Civ. P. Each party shall bear its own costs and attorney's fees. This dismissal shall not apply to or affect any other defendant.

---

STIPULATION OF DISMISSAL AS TO MITSUBISHI DEFENDANTS
CASE NO. C 07-01207 PJH

| | | |
|---|---|---|
| 1 | Dated: November 9, 2007 | CROWELL & MORING LLP |
| 2 | | |
| 3 | | By: /s/ Jerome A. Murphy |
| 4 | | Kent A. Gardiner |
| 5 | | Kathryn D. Kirmayer<br>Jerome A. Murphy |
| 6 | | Daniel A. Sasse<br>Christine E. Cwiertny |

*Attorneys for Plaintiff Edge Electronics, Inc.*

Dated: November 9, 2007        JENNER & BLOCK LLP

By: /s/ 

Donald R. Harris
Terrence J. Truax
Norman M. Hirsch
Gabriel A. Fuentes
Margaret J. Simpson

KRIEG KELLER SLOAN REILLEY & ROMAN LLP

Kenneth E. Keller
Michael D. Lisi

*Attorneys for Defendants Mitsubishi Electric Corporation and Mitsubishi Electric & Electronics USA, Inc.*

Good cause appearing, it is <u>SO ORDERED</u>.

Dated: 11/16/07

Phyllis J. Hamilton
United States District Judge

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

2

STIPULATION OF DISMISSAL AS TO MITSUBISHI DEFENDANTS
CASE NO. C 07-01207 PJH