1　SHEPPARD MULLIN RICHTER & HAMPTON LLP
　　GARY HALLING, Cal. Bar No. 66087
2　MONA SOLOUKI, Cal. Bar No. 215145
　　4 Embarcadero Center – 17th Floor
3　San Francisco, California  94111
　　Telephone:  (415) 774-3210
4　Facsimile:  (415) 403-6054
　　E-mail:　　ghalling@sheppardmullin.com
5　　　　　　　msolouki@sheppardmullin.com

6　SHEPPARD MULLIN RICHTER & HAMPTON LLP
　　DAVID R. GARCIA, Cal. Bar No. 151349
7　1901 Avenue of the Stars – 16th Floor
　　Los Angeles, California  90067
8　Telephone:  (310) 228-3700
　　Facsimile:  (310) 228-3701
9　E-mail:　　drgarcia@sheppardmullin.com

10　Attorneys for Defendants
　　SAMSUNG ELECTRONICS CO., LTD.
11　and SAMSUNG SEMICONDUCTOR, INC.

12　　　　　　　UNITED STATES DISTRICT COURT

13　　　　　　　NORTHERN DISTRICT OF CALIFORNIA

14　　　　　　　　SAN FRANCISCO DIVISION

| | |
|---|---|
| 15　EDGE ELECTRONICS, INC.<br><br>16　　　　　　　Plaintiff,<br><br>17　　　vs.<br><br>18　HYNIX SEMICONDUCTOR, INC.<br>19　et al. (Case No. C06-01207 PJH)<br><br>20　　　　　　　Defendants.<br><br>21 | Case No. C 07-01207 PJH<br>Case No. C 07-01381 PJH<br><br><br>**STIPULATION AND [~~PROPOSED~~] ORDER PROVIDING FOR DEPOSITION OF YOUNG HWAN PARK AFTER HIS RELEASE FROM PRISON IN JANUARY 2008** |
| 22　DRAM CLAIMS LIQUIDATION<br>　　TRUST, By Its TRUSTEE WELLS<br>23　FARGO BANK, NA,<br><br>24　　　　　　　Plaintiff,<br><br>25　　　vs.<br><br>26　HYNIX SEMICONDUCTOR INC.,<br>27　et al. (Case No. C07-01381 PJH)<br><br>28　　　　　　　Defendants. | |

1  WHEREAS, Plaintiffs Edge Electronics, Inc. and DRAM Claims

2  Liquidation Trust ("Plaintiffs") have noticed the deposition of Young Hwan Park

3  ("Mr. Park") at the Federal Correctional Complex in Lompoc, California to occur on

4  a mutually agreeable date, pursuant to the Stipulated Order for Leave to Depose

5  Prisoners Pursuant to Fed. R. Civ. P. 30(a), signed by this Court on October 26,

6  2007;

7  WHEREAS, the current fact discovery cut-off in these cases is

8  December 17, 2007;

9  WHEREAS, Mr. Park is scheduled to be released from prison in

10  January 2008;

11  WHEREAS, the parties jointly agree that for the convenience of all

12  parties and counsel, it would be better to conduct Mr. Park's deposition after his

13  release from prison;

14  WHEREAS, Defendants Samsung Electronics Co., Ltd. and Samsung

15  Semiconductor, Inc. (collectively, "Samsung") are willing to have Mr. Park's

16  deposition taken after the December 17, 2007 fact discovery cut-off date;

17  WHEREAS, Plaintiffs have agreed to let Mr. Park return to Korea upon

18  his release from prison and then return to the United States for his deposition;

19  WHEREAS, Samsung agrees to produce Mr. Park for his deposition in

20  the United States at its expense as soon as reasonably practicable, given the

21  necessity to obtain a visa, but in no event later than March 1, 2008;

22  WHEREAS, Plaintiffs agree that Samsung's agreement to conduct Mr.

23  Park's deposition after the December 17, 2007 fact discovery cut-off date applies

24  only to the deposition of Mr. Park and does not apply to any other deponents or

25  discovery;

26  WHEREAS, Plaintiffs agree that Samsung's agreement to conduct Mr.

27  Park's deposition after the December 17, 2007 fact discovery cut-off date will not be

28

-1-

1  referenced by Plaintiffs in any application to extend the discovery cut-off date

2  against Samsung or any other Defendant;

3        NOW THEREFORE, PLAINTIFFS AND SAMSUNG, THROUGH

4  THEIR RESPECTIVE COUNSEL, HEREBY STIPULATE to the Court entering

5  the attached Proposed Order.

6

7  Stipulated by:

8

9                              LINDQUIST & VENNUM PLLP

10

11                             By: John C. Ekman (*pro hac vice*)
                               Attorneys for
12                             DRAM CLAIMS LIQUIDATION
                               TRUST
13

14

15                             CROWELL & MORING LLP

16

17                             By: Jerome A. Murphy (*pro hac vice*)
                               Attorneys for
18                             EDGE ELECTRONICS, INC.

19

20                             SHEPPARD MULLIN RICHTER &
                               HAMPTON LLP
21

22                                  /s/ David R. Garcia

23
                               By: David Garcia
24                             Attorneys for
                               SAMSUNG ELECTRONICS CO,
25                             LTD. AND SAMSUNG
                               SEMICONDUCTOR, INC.

26

27

28
                                    -2-

1

[~~PROPOSED~~] ORDER

2

3       The Court hereby ORDERS:

4       1.      The deposition of Y.H. Park may occur after the December 17,

5   2007 fact discovery cut-off date.

6       2.      This order does not authorize the deposition of any individual

7   other than Mr. Park or any other discovery after the December 17, 2007 fact

8   discovery cut-off date.

9       3.      Mr. Park may return to Korea after his release from prison on

10  January 8, 2008 and will return for his deposition in the United States.

11      4.      After Mr. Park's return to Korea, Samsung is ordered to produce

12  Mr. Park for deposition in the United States at its expense as soon as reasonably

13  practicable, given the necessity to obtain a visa, but in no event later than March 1,

14  2008.

15      5.      Plaintiffs may not reference Samsung's agreement to conduct Mr.

16  Park's deposition after the December 17, 2007 fact discovery cut-off date in any

17  application to extend the discovery cut-off date against Samsung or any other

18  Defendant

19

20  **IT IS SO ORDERED.**

21

22  Dated: 11/26/07

23      THE HO_____ J. HAMILTON
        UNITED_____ OURT JUDGE

24

*IT IS SO ORDERED*

*Judge Phyllis J. Hamilton*

25

26

27

28

W02-WEST:1ESA1\400521628.1

STIPULATION [AND PROPOSED] ORDER RE DEPOSITION
OF YOUNG HWAN PARK