James P. McCarthy *(pro hac vice)*
James M. Lockhart *(pro hac vice)*
Lindquist & Vennum P.L.L.P.
4200 IDS Center – 80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 371-3211
Facsimile: (612) 371-3207
Email: jmccarthy@lindquist.com
Email: jlockhart@lindquist.com

James J. Ficenec (SBN – 152172)
Sellar Hazard Manning Ficenec & Lai
1800 Sutter Street, Ste. 460
Concord, CA 94520
Telephone: (925) 938-1430
Facsimile: (925) 926-7508
Email: jficenec@sellarlaw.com

Counsel for Plaintiff, Wells Fargo Bank, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EDGE ELECTRONICS, INC.<br><br>Plaintiff,<br><br>vs.<br><br>HYNIX SEMICONDUCTOR, INC. et al. (Case No. C06-01207 PJH)<br><br>Defendants.<br><br>DRAM CLAIMS LIQUIDATION TRUST, By Its TRUSTEE WELLS FARGO BANK, NA,<br><br>Plaintiff,<br><br>vs.<br><br>HYNIX SEMICONDUCTOR INC., et al. (Case No. C07-01381 PJH)<br><br>Defendants. | Case No. C 07-01207 PJH<br>Case No. C 07-01381 PJH<br><br>**STIPULATION AND [PROPOSED] ORDER PROVIDING FOR DEPOSITION OF YOUNG WOO LEE AFTER HE OBTAINS HIS U.S. VISA** |

1   WHEREAS, by Order entered on October 29, 2007, this Court granted leave
2   for Plaintiffs Edge Electronics, Inc. and DRAM Claims Liquidation Trust
3   ("Plaintiffs") to take depositions at USP Lompoc and ordered that the defendants,
4   Samsung Electronics Co., Ltd. and Samsung Semiconductor, Inc. ("Samsung") shall
5   produce Young Woo Lee, at Samsung's expense, in the United States for deposition
6   prior to December 17, 2007, for allowing his release from USP Lompoc at a date
7   and location mutually agreed upon by the parties;
8   WHEREAS, the parties mutually agreed that Samsung would produce Mr.
9   Lee for his deposition in San Francisco on December 13, 2007;
10  WHEREAS, Samsung informed Plaintiff's counsel on Monday, December 10,
11  2007, that Mr. Lee has not yet been issued a visa and will not be issued a visa by the
12  U.S. government in time for Mr. Lee to appear for his deposition in the United
13  States before December 17, 2007;
14  WHEREAS, plaintiffs are informed by Samsung's counsel that Mr. Lee is
15  also represented by personal counsel and his personal counsel is not available
16  between December 17, 2007 and December 31, 2007;
17  WHEREAS, Samsung and Plaintiffs agree to modification of this Court's
18  prior order and Samsung agrees to conduct Mr. Lee's deposition after the December
19  17, 2007 fact discovery cut-off date and to produce Mr. Lee in the United States for
20  his deposition on or before January 31, 2008;
21  WHEREAS, the parties agree that this agreement applies only to the
22  deposition of Mr. Young Woo Lee and does not apply to any other deponents or
23  discovery; and parties further agree that the conduct of Mr. Lee's deposition after the
24  December 17, 2007 fact discovery cut-off date will not be referenced by either party
25  in any application to extend the discovery cut-off date against any party;
26  NOW THEREFORE, Plaintiffs and Samsung, through their respective
27  counsel, hereby stipulate to the Court entering the attached Proposed Order.
28

| | |
|---|---|
| 1 | |
| 2 | Stipulated by: |
| 3 | |
| 4 | LINDQUIST & VENNUM PLLP |
| 5 | |
| 6 | /s/ James P. McCarthy |
| 7 | By: James P. McCarthy (*pro hac vice*)<br>Attorneys for DRAM CLAIMS<br>LIQUIDATION TRUST |
| 8 | |
| 9 | |
| 10 | CROWELL & MORING LLP |
| 11 | |
| 12 | /s/ Jerome A. Murphy |
| 13 | By: Jerome A. Murphy (*pro hac vice*)<br>Attorneys for<br>EDGE ELECTRONICS, INC. |
| 14 | |
| 15 | |
| 16 | SHEPPARD MULLIN RICHTER &<br>HAMPTON LLP |
| 17 | |
| 18 | /s/ David Garcia |
| 19 | By: David Garcia<br>Attorneys for<br>SAMSUNG ELECTRONICS CO,<br>LTD. AND SAMSUNG<br>SEMICONDUCTOR, INC. |

**[~~PROPOSED~~] ORDER**

The Court hereby ORDERS:

1. This Court's October 20, 2007, Order ordering the Samsung defendants to produce Young Woo Lee for deposition in the United States "prior to December 17, 2007" is hereby modified to "before January 31, 2008." Mr. Lee's deposition may be taken by plaintiffs after the December 17, 2007 discovery cut-off date.

2. This order does not authorize the deposition of any individual other than Young Woo Lee or any other discovery after the December 17, 2007 fact discovery cut-off date.

**IT IS SO ORDERED.**

Dated: 12/17/07



THE HONORABLE PHYLLIS J. HAMILTON
UNITED STATES DISTRICT COURT JUDGE

-3-
W02-WEST:1ESA1\400521628.1
Doc# 2470779\1
STIPULATION [AND PROPOSED] ORDER RE DEPOSITION OF YOUNG WOE LEE