1  Jerome A. Murphy *(pro hac vice)*
   David D. Cross *(pro hac vice)*
2  CROWELL & MORING LLP
   1001 Pennsylvania Avenue, N.W.
3  Washington, D.C. 20004-2595
   Telephone: 202-624-2500
4  Facsimile: 202-628-5116
   E-mail: jmurphy@crowell.com
5  dcross@crowell.com

6  Daniel A. Sasse (CA Bar No. 236234)
   Theresa C. Lopez (CA Bar No. 205338)
7  CROWELL & MORING LLP
   3 Park Plaza, 20th Floor
8  Irvine, CA 92614-8505
   Telephone: 949-263-8400
9  Facsimile: 949-263-8414
   E-mail: dsasse@crowell.com
10 tlopez@crowell.com

11 *Counsel for Plaintiff Edge Electronics, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| EDGE ELECTRONICS, INC. | Case No. C 07-01207 PJH |
| Plaintiff, | |
| v. | STIPULATION OF DISMISSAL [AND ORDER] AS TO WINBOND DEFENDANTS PURSUANT TO RULE 41(a)(2) |
| HYNIX SEMICONDUCTOR, INC, ET AL., | |
| Defendants. | |

The parties hereto hereby stipulate to a dismissal of this action, subject to approval by the Court, as to defendants Winbond Electronics Corporation and Winbond

1

Electronics Corporation America, with prejudice, pursuant to Rule 41(a)(2), Fed. R. Civ. P. Each party shall bear its own costs and attorney's fees. This dismissal shall not apply to or affect any other defendant.

DATED: January 14, 2008

CROWELL & MORING LLP

_____
Jerome A. Murphy
David D. Cross
Daniel A. Sasse
Theresa C. Lopez

*Counsel for Plaintiff Edge Electronics, Inc.*

DATED: January 14, 2008

FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP

_____
Steven H. Morrissett
Wendy A. Herby

COLLETTE ERICKSON FARMER & O'NEILL, LLP

_____
William S. Farmer
Jacob P. Alpren

*Counsel for Defendants Winbond Electronics Corporation and Winbond Electronics Corporation America*

Good cause appearing, it is SO ORDERED.

Dated: 1/17/08

_____
Phyllis J. Hamilton
United States District Judge

IT IS SO ORDERED
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

2
STIPULATION OF DISMISSAL [AND ORDER] AS TO WINBOND DEFENDANTS PURSUANT TO RULE 41(a)(2)