Jerome A. Murphy *(pro hac vice)*
David D. Cross *(pro hac vice)*
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2595
Telephone: 202-624-2500
Facsimile: 202-628-5116
E-mail: jmurphy@crowell.com
dcross@crowell.com

Daniel A. Sasse (CA Bar No. 236234)
Theresa C. Lopez (CA Bar No. 205338)
CROWELL & MORING LLP
3 Park Plaza, 20th Floor
Irvine, CA 92614-8505
Telephone: 949-263-8400
Facsimile: 949-263-8414
E-mail: dsasse@crowell.com
tlopez@crowell.com

*Counsel for Plaintiff Edge Electronics, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| EDGE ELECTRONICS, INC.<br><br>Plaintiff,<br><br>v.<br><br>HYNIX SEMICONDUCTOR, INC, ET AL.,<br><br>Defendants. | Case No. C 07-01207 PJH<br><br>**STIPULATION OF DISMISSAL [AND ORDER] AS TO MOSEL DEFENDANTS PURSUANT TO RULE 41(a)(2)** |

The parties hereto hereby stipulate to a dismissal of this action, subject to approval by the Court, as to defendants Mosel Vitelic Inc. and Mosel Vitelic Corporation, with prejudice, pursuant to Rule 41(a)(2), Fed. R. Civ. P. Each party shall bear its own costs

1

| | | |
|---|---|---|
| 1 | and attorney's fees. This dismissal shall not apply to or affect any other defendant. | |
| 2 | | |
| 3 | DATED: January 14, 2008 | CROWELL & MORING LLP |
| 4 | | |
| 5 | | _____ |
| | | Jerome A. Murphy |
| 6 | | David D. Cross |
| | | Daniel A. Sasse |
| 7 | | Theresa C. Lopez |
| 8 | | *Counsel for Plaintiff Edge Electronics, Inc.* |
| 9 | | |
| 10 | DATED: January 14, 2008 | HELLER EHRMAN WHITE & McAULIFFE LLP |
| 11 | | |
| 12 | | _____ |
| 13 | | David C. Brownstein |
| 14 | | |
| 15 | | *Counsel for Defendants Mosel Vitelic Inc. and Mosel Vitelic Corporation* |

Good cause appearing, it is SO ORDERED.

Dated: 1/18/08

Phyllis J. Hamilton
United States District Judge

IT IS SO ORDERED
Judge Phyllis J. Hamilton