James P. McCarthy *(pro hac vice)*
James M. Lockhart *(pro hac vice)*
Lindquist & Vennum P.L.L.P.
4200 IDS Center – 80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 371-3211
Facsimile: (612) 371-3207
Email: jmccarthy@lindquist.com
Email: jlockhart@lindquist.com

James J. Ficenec (SBN – 152172)
Sellar Hazard Manning Ficenec & Lai
1800 Sutter Street, Ste. 460
Concord, CA 94520
Telephone: (925) 938-1430
Facsimile: (925) 256-7508
Email: jficenec@sellarlaw.com

**Counsel for Plaintiff, Wells Fargo Bank, N.A.**

Jerome A. Murphy *(pro hac vice)*
David D. Cross *(pro hac vice)*
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2595
Phone: 202-624-2500
Fax:    202-628-5116
dcross@crowell.com
jmurphy@crowell.com

Daniel A. Sasse (CA Bar No. 236234)
Theresa Lopez (CA Bar No. 205338)
3 Park Plaza, 20th Floor
Irvine, CA 92614-8505
Phone: 949-263-8400
Fax:    949-263-8414

**Counsel for Plaintiff,
Edge Electronics, Inc.**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EDGE ELECTRONICS, INC.<br><br>Plaintiff,<br><br>vs.<br><br>HYNIX SEMICONDUCTOR, INC. et al.<br>(Case No. C06-01207 PJH)<br><br>Defendants. | Case No. C 07-01207 PJH<br>Case No. C 07-01381 PJH<br><br>**STIPULATION AND ORDER REGARDING DISCOVERY** |
| DRAM CLAIMS LIQUIDATION TRUST,<br>By Its TRUSTEE WELLS FARGO BANK,<br>NA,<br><br>Plaintiff,<br><br>vs.<br><br>HYNIX SEMICONDUCTOR INC., et al.<br>(Case No. C07-01381 PJH)<br><br>Defendants. | |

Counsel for Plaintiffs Edge Electronics, Inc. and DRAM Claims Liquidation Trust and Defendants Samsung Electronics Co., Ltd. and Samsung Semiconductor, Inc., having engaged in extensive oral and written meet and confer process, stipulate and agree that the completion of the 30(b)(6) deposition of Defendant Samsung Electronics Co., Ltd., and the depositions of current or former employees of Samsung Semiconductor, Inc., Kevin Lee and Russell Grifo, shall take place at the offices of Sheppard Mullin Richter & Hampton LLP, Four Embarcadero Center, Seventeenth Floor, San Francisco, California, on June 4, 5, and 6, 2008, or such other dates as are mutually agreed.

| | |
|---|---|
| 1 | |
| 2 Dated: May 28, 2008 | LINDQUIST & VENNUM P.L.L.P. |
| 3 | |
| 4 | By _____ |
|   | James P. McCarthy *(pro hac vice)* |
|   | James M. Lockhart *(pro hac vice)* |
| 5 | 80 South Eighth Street |
|   | Minneapolis, MN 55402 |
| 6 | Telephone: (612) 371-3211 |
|   | Facsimile: (612) 371-3207 |
| 7 | Email: jmccarthy@lindquist.com |
|   | Email: jlockhart@lindquist.com |
| 8 | |
| 9 | **Counsel For Plaintiff Dram Claims Liquidation Trust** |
| 10 | |
| 11 |   and |
| 12 | James J. Ficenec (SBN – 152172) |
|   | Sellar Hazard Manning Ficenec & Lai |
| 13 | 1800 Sutter Street, Ste. 460 |
|   | Concord, CA 94520 |
| 14 | |
| 15 | |
| 16 Dated: | **CROWELL & MORING LLP** |
| 17 | |
| 18 | By _____ |
|   | Jerome A. Murphy *(pro hac vice)* |
|   | David D. Cross *(pro hac vice)* |
| 19 | 1001 Pennsylvania Avenue, N.W. |
|   | Washington, D.C. 20004-2595 |
| 20 | dcross@crowell.com |
|   | jmurphy@crowell.com |
| 21 | Phone: 202-624-2500 |
| 22 | Fax:    202-628-5116 |
| 23 | Daniel A. Sasse (CA Bar No. 236234) |
|   | Theresa Lopez (CA Bar No. 205338) |
| 24 | 3 Park Plaza, 20th Floor |
|   | Irvine, CA 92614-8505 |
| 25 | Phone: 949-263-8400 |
|   | Fax:    949-263-8414 |
| 26 | |
| 27 | **Counsel for Plaintiff Edge Electronics, Inc.** |
| 28 | |

Doc# 261719913

-3-

STIPULATION AND ORDER REGARDING DISCOVERY

<mark>Case 4:07-cv-01207-PJH   Document 184   Filed 05/30/08   Page 4 of 5</mark>

1
2
3  Dated: 5/27/08

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By /s/ James McGinnis
   James McGinnis
Sheppard, Mullin, Richter & Hampton LLP
501 West Broadway
San Diego, CA 92101
Tel: 619/338-6500
Fax: 619/234-3815
Email: jmcginnis@sheppardmullin.com

**Counsel for Defendants
Samsung Electronic Co., Ltd., and Samsung Semiconductor, Inc.**

# ORDER

This Stipulation is hereby entered as an ORDER of this Court:

**IT IS SO ORDERED.**

Dated: May 30, 2008



THE HONORABLE JOSEPH C. SPERO
U.S. DISTRICT COURT MAGISTRATE JUDGE

Doc# 2617199\3                    STIPULATION AND ORDER REGARDING DISCOVERY