SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
GARY L. HALLING, Cal. Bar No. 66087
JAMES L. McGINNIS, Cal. Bar. No. 95788
MONA SOLOUKI, Cal. Bar No. 215145
TYLER M. CUNNINGHAM, Cal. Bar No. 243694
Four Embarcadero Center, 17th Floor
San Francisco, California  94111-4109
Telephone:    415-434-9100
Facsimile:    415-434-3947
Email:  ghalling@sheppardmullin.com
Email:  jmcginnis@sheppardmullin.com
Email:  msolouki@sheppardmullin.com
Email:  tcunningham@sheppardmullin.com

Attorneys for Defendants SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG SEMICONDUCTOR, INC.

[*Additional counsel listed on signature pages*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EDGE ELECTRONICS, INC.<br><br>  Plaintiff,<br><br>  v.<br><br>HYNIX SEMICONDUCTOR, INC., et al.<br><br>  Defendants. | Case No. C 07-01207 PJH<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANTS SAMSUNG ELECTRONICS CO., LTD. AND SAMSUNG SEMICONDUCTOR, INC. PURSUANT TO RULE 41(a) OF THE FEDERAL RULES OF CIVIL PROCEDURE**<br><br>Judge:    Hon. Phyllis J. Hamilton |

1  The parties hereto hereby stipulate and agree, pursuant to Rule 41(a) of the
2  Federal Rules of Civil Procedure, to the dismissal with prejudice of this action as to
3  Defendants Samsung Electronics Co., Ltd. and Samsung Semiconductor, Inc., without
4  costs to any party.  This dismissal shall not apply to or affect any other defendant in the
5  Action.

7  IT IS SO STIPULATED AND AGREED.

9  Dated:  December 9, 2008

           SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

           By       /S/
                   MONA SOLOUKI

           Attorneys for Defendants SAMSUNG
           ELECTRONICS CO., LTD. and SAMSUNG
           SEMICONDUCTOR, INC.

16 Dated:  December 9, 2008

           CROWELL & MORING L.L.P.

           By       /S/
                   DAVID D. CROSS

           Attorneys for Plaintiff EDGE ELECTRONICS,
           INC.

1 | The parties hereto hereby stipulate and agree, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, to the dismissal with prejudice of this action as to Defendants Samsung Electronics Co., Ltd. and Samsung Semiconductor, Inc., without costs to any party. This dismissal shall not apply to or affect any other defendant in the Action.

IT IS SO STIPULATED AND AGREED.

Dated: December 9, 2008

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By _____
MONA SOLOUKI

Attorneys for Defendants SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG SEMICONDUCTOR, INC.

Dated: December 9, 2008

CROWELL & MORING L.L.P.

By _____
DAVID D. CROSS

Attorneys for Plaintiff EDGE ELECTRONICS, INC.

1  Based on the foregoing stipulation of the parties, and good cause appearing, it is SO
2  ORDERED.
3  Dated: 12/11/08

THE HONORABLE PHYLLIS J. HAMILTON
UNITED STATES DISTRICT COURT JUDGE

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*