JAMES G. KREISSMAN (Bar No. 206740)
jkreissman@stblaw.com
HARRISON J. FRAHN IV (Bar No. 206822)
hfrahn@stblaw.com
JASON M. BUSSEY (Bar No. 227185)
jbussey@stblaw.com
SIMPSON THACHER & BARTLETT LLP
2550 Hanover Street
Palo Alto, California 94304
Telephone: (650) 251-5000
Facsimile: (650) 251-5002

*Counsel for Defendants*
ELPIDA MEMORY, INC. and
ELPIDA MEMORY (USA) INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EDGE ELECTRONICS, INC.,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>HYNIX SEMICONDUCTOR, INC., *et al.*,<br><br>　　　　　Defendants. | Case No. C 07-01207 PJH<br><br>Assigned for all purposes to the<br>Hon. Phyllis J. Hamilton<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER AS TO DEFENDANTS ELPIDA MEMORY, INC. AND ELPIDA MEMORY (USA) INC.** |

1   The parties hereto hereby stipulate to a dismissal of this action as to defendants
2   Elpida Memory, Inc., and Elpida Memory (USA) Inc. with prejudice, pursuant to Rule 41(a)(2),
3   Fed. R. Civ. P.  Each party shall bear its own costs and attorneys' fees.  This dismissal shall not
4   apply to or affect any other defendant.

IT IS SO STIPULATED AND AGREED.

Dated: March 20, 2009                         SIMPSON THACHER & BARTLETT LLP


By: _____/s/_____
　　　　Harrison J. Frahn IV

Attorneys for Defendants
ELPIDA MEMORY, INC. and
ELPIDA MEMORY (USA) INC.

Dated: March 20, 2009                         BAKER & HOSTETLER LLP


By: _____/s/_____
　　　　Douglas E. Spelfogel

Attorneys for Plaintiff
EDGE ELECTRONICS, INC.

### ATTESTATION OF FILING

Pursuant to General Order No. 45 § X(B), I hereby attest that I have obtained concurrence in the filing of the stipulation from the parties listed above.

By: _____/s/_____
　　　　Harrison J. Frahn IV


### [~~PROPOSED~~] ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES IT IS SO ORDERED.

Dated: March __24__, 2009

_____
Hon. Phyllis J. Hamilton
United States District Judge

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*