Peter W. James, Bar No. 041410
Baker & Hostetler LLP
12100 Wilshire Boulevard, 15th Floor
Los Angeles, CA 90025-7120
Telephone:  310-820-8800
Facsimile:  310-820-8859
E-mail:  pjames@bakerlaw.com

Counsel for Plaintiff Edge Electronics, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| EDGE ELECTRONICS, INC., <br><br> Plaintiff, <br><br> v. <br><br> HYNIX SEMICONDUCTOR INC., et al., <br><br> Defendants. | Case No. C 07-01207 PJH <br><br> **STIPULATION OF DISMISSAL AND [PROPOSED] ORDER AS TO HYNIX SEMICONDUCTOR INC. AND HYNIX SEMICONDUCTOR AMERICA INC.** |

## STIPULATION

The parties hereto hereby stipulate to a dismissal of this action as to defendants Hynix Semiconductor Inc. and Hynix Semiconductor America Inc. without prejudice, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. This stipulation is pursuant to a June 2009 settlement agreement negotiated by the Parties, and the Parties agree that the Court should reserve jurisdiction to enforce the terms of that settlement agreement. Each party shall bear its own costs and attorney's fees. This dismissal shall not apply to or affect any other defendant in this action.

**IT IS SO STIPULATED AND AGREED.**

Dated: August 4, 2009   BAKER & HOSTETLER LLP

By: _____/s/_____
Peter W. James

Attorneys for Plaintiff
EDGE ELECTRONICS, INC.

Dated: August 4, 2009   O'MELVENY & MYERS LLP

By: _____/s/_____
Steven H. Bergman

Attorneys for Defendants
HYNIX SEMICONDUCTOR INC. and HYNIX SEMICONDUCTOR AMERICA INC.

1  **ATTESTATION OF FILING**

2  Pursuant to General Order 45.X.B, I hereby attest that I have obtained concurrence in the
3  filing of this document from the parties listed above.

4
5                                                                  /s/
                                                            Peter W. James

1  **[PROPOSED] ORDER**

2  PURSUANT TO THE STIPULATION OF THE PARTIES, IT IS SO ORDERED.

4  Dated: 8/11/09



Hon. Phyllis J. Hamilton

IT IS SO ORDERED
Judge Phyllis J. Hamilton

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 4, 2009, I electronically filed the foregoing Edge Electronics, Inc.'s **STIPULATION OF DISMISSAL AND [PROPOSED] ORDER AS TO HYNIX SEMICONDUCTOR INC. AND HYNIX SEMICONDUCTOR AMERICA INC.** via CM/ECF on all interested parties registered for e-filing in Case No. C-07-01207 PJH.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 4, 2009, at Los Angeles, California.

> /s/
> Peter W. James
> E-mail: pjames@bakerlaw.com

502510095.2