PETER W. JAMES, Bar No. 041410
BAKER & HOSTETLER LLP
12100 Wilshire Boulevard, 15th Floor
Los Angeles, CA 90025-7120
Telephone:    310-820-8800
Facsimile:    310-820-8859
E-mail:       pjames@bakerlaw.com

*Counsel for Plaintiff Edge Electronics, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGE ELECTRONICS, INC., | Case No. C-07-01207 PJH |
| Plaintiff, | |
| v. | **STIPULATION OF DISMISSAL AND [PROPOSED] ORDER AS TO INFINEON TECHNOLOGIES AG AND INFINEON TECHNOLOGIES NORTH AMERICA CORP.** |
| HYNIX SEMICONDUCTOR INC., et al., | |
| Defendants. | |

**STIPULATION**

The Parties hereto hereby stipulate to a dismissal of this action as to defendants Infineon Technologies AG and Infineon Technologies North America Corp., with prejudice, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. This stipulation is pursuant to a settlement agreement negotiated by the Parties, and the Parties agree that the Court should reserve jurisdiction to enforce the terms of that settlement agreement. Each Party shall bear its own costs and attorney's fees. This dismissal shall not apply to or affect any other defendant in this action. This dismissal is without prejudice to Plaintiffs' right to enforce the terms of the Settlement Agreement.

**IT IS SO STIPULATED AND AGREED**.

Dated: December 30, 2009     BAKER & HOSTETLER LLP


By:_____/s/_____
          Peter W. James

Attorneys for Plaintiff
EDGE ELECTRONICS, INC.

Dated: December 30, 2009     KAYE SCHOLER LLP


By:_____/s/_____
          Julian Brew

Attorneys for Defendants
INFINEON TECHNOLOGIES AG and
INFINEON TECHNOLOGIES NORTH AMERICA CORP.

**ATTESTATION OF FILING**

Pursuant to General Order 45.X.B, I hereby attest that I have obtained concurrence in the filing of this document from the parties listed above.

/s/
Peter W. James

1  **[~~PROPOSED~~] ORDER**

2  PURSUANT TO THE STIPULATION OF THE PARTIES, IT IS SO ORDERED.

4  Dated:  1/5/10   _____

   _____
   Hon. Phyllis J. Hamilton



IT IS SO ORDERED
Judge Phyllis J. Hamilton

---

4

STIPULATION OF DISMISSAL AS TO INFINEON DEFENDANTS

CASE NO. C 07-01207 PJH

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 30, 2009, I electronically filed the foregoing Edge Electronics, Inc.'s **STIPULATION OF DISMISSAL AND [PROPOSED] ORDER AS TO INFINEON TECHNOLOGIES AG AND INFINEON TECHNOLOGIES NORTH AMERICA CORP.** via CM/ECF on all interested parties registered for e-filing in Case No. C-07-01207 PJH.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 30, 2009, at Los Angeles, California.

                                                            /s/                        
                                                Peter W. James
                                        E-mail:  pjames@bakerlaw.com